# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| | : | Honorable José R. Almonte |
| HASHIEM MITCHELL and | : | |
| SHADEE MITCHELL | : | Mag. No. 25-16231 |
| | : | |

I, David Sheridan, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the United States Drug Enforcement Administration, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

_David Sheridan /cok_
David Sheridan, Task Force Officer
Drug Enforcement Administration

Task Force Officer Sheridan attested to this Complaint
by telephone pursuant to F.R.C.P. 4.1

10/7/2025                                              at   District of New Jersey
Date                                                        County and State

HONORABLE JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE                     Signature of Judicial Officer

## ATTACHMENT A

### Count One
### (Conspiracy to Distribute Fentanyl)

From in or around September 2021 through in or around August 2022, in Essex County, in the District of New Jersey and elsewhere, defendants

HASHIEM MITCHELL and
SHADEE MITCHELL,

did knowingly and intentionally conspire and agree with each other and others to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

I, David Sheridan, am a Task Force Officer with the United States Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## THE 793 DTO

1. The defendants – Hashiem Mitchell ("H. MITCHELL") and Shadee Mitchell ("S. MITCHELL") are members and associates of the 793 subset of the Bloods street gang who distribute narcotics, including, but not limited to, fentanyl-laced heroin (the "793 DTO"). The 793 DTO operates in and around Newark, New Jersey, including in the area of Avon Avenue and South 19th Street ("Avon and South 19th"). During the timeframe relevant to the conspiracy as charged in Count One of this Complaint, law enforcement extensively surveilled the area of Avon and South 19th through physical and fixed surveillance; used at least one confidential informant and multiple undercover law enforcement officers to purchase narcotics, including substances that tested positive for the presence of controlled substances, including, but not limited to, heroin and fentanyl; reviewed arrests and drug seizures made by local law enforcement in the area of Avon and South 19th; and analyzed telephone records demonstrating interactions between the co-conspirators, among other lawful means of investigation.

2. Members of the 793 DTO worked together to distribute large quantities of fentanyl-laced heroin in the City of Newark, including in the area of Avon and South 19th. As described in more detail below, law enforcement has used at least one confidential informant and undercover law enforcement officers to purchase heroin, fentanyl, and cocaine base from members of the DTO on more than a dozen occasions, resulting in the seizure of more than 100 bricks[1] of fentanyl-laced heroin.[2]

---

[1] A "brick" is a term used to refer to fifty doses of heroin.

[2] Law enforcement has purchased glassine envelopes, each containing a single-dose quantity of a white powdery substance. The substances seized through these controlled purchases have been submitted for laboratory testing. To date, the substances purchased on more than a dozen occasions have tested positive for the presence of heroin and fentanyl.

3

3.   Members of the 793 DTO worked together to distribute the fentanyl-laced heroin to their customers.  Evidence indicating collaboration among the co-conspirators includes, for example: telephone records showing, in some instances, dozens of contacts between co-conspirators; physical interactions between co-conspirators during the course of apparent narcotics transactions; seizure of recurring stamps branding the drugs, suggesting that members of the 793 DTO obtained their narcotics from a common source of supply.

4.   The evidence described below demonstrates that members of the 793 DTO acted in concert to control the area in and around Avon and South 19th and that the drug distribution was coordinated among the co-conspirators.

## SEIZURES OF NARCOTICS FROM THE 793 DTO

### January 14, 2022 Seizure

5.   On or about January 14, 2022, law enforcement conducted a motor vehicle stop on a car in the area of Frelinghuysen and Emerson Place in Newark. The car was driven by and registered to H. MITCHELL.  Law enforcement subsequently searched the vehicle pursuant to a warrant and recovered, among other things, ten glassine envelopes containing fentanyl-laced heroin[3] and were marked with the stamp, "SONIC." Additionally, law enforcement recovered three small jugs containing a white rock-like substance believed to cocaine, two empty small jugs, and approximately $1,450 in cash.

### CONTROLLED PURCHASES

6.   In addition to the seizures described above, between September 2021 and August 2022, law enforcement used at least one confidential informant and multiple undercover law enforcement officers to purchase fentanyl-laced heroin and cocaine base from members of the 793 DTO, including the defendants. All of the transactions were recorded with body-worn recording devices.  In advance of each controlled purchase involving a confidential informant, law enforcement officers ensured that the confidential informant making the purchase did not have any unauthorized contraband or currency.

---

[3] As indicated in the chart below, during multiple controlled purchases, law enforcement recovered a white powdery substance packaged in glassine envelopes bearing the stamp "SONIC," which tested positive for the presence of heroin and fentanyl.

| Buy No. | Week of | Defendant | Substance Purchased | Brand of Heroin |
|---|---|---|---|---|
| 1 | 12/12/2021 | S. MITCHELL H. MITCHELL | Fentanyl/Heroin | SONIC |
| 2 | 02/27/2022 | S. MITCHELL | Fentanyl | HULK HOGAN |
| 3 | 03/20/2022 | S. MITCHELL | Fentanyl | HULK HOGAN |
| 4 | 05/08/2022 | S. MITCHELL H. MITCHELL | Fentanyl | GOOD PUS*Y PLUTO CHRIS ROCK |
| 5 | 5/22/2022 | S. MITCHELL | Fentanyl/Heroin | TURBO PLUTO SNOW FALL CHRIS ROCK |
| 6 | 05/29/2022 | S. MITCHELL | Fentanyl/Heroin | CHRIS ROCK |
| 7 | 7/10/2022 | S. MITCHELL | Fentanyl/Heroin | DOPE DICK DAILY NEWS MACHO MAN GOLD MINE RACK HAWK CHRIS ROCK SNOW FALL MCDONALDS PLUTO 451 WORLDSTAR FENDI |
| 8 | 8/21/2022 | S. MITCHELL | Fentanyl/Heroin | N/A |

## SURVEILLANCE

7.      During the timeframe of the conspiracy, law enforcement monitored Avon and South 19th through physical and fixed surveillance. Over the course of the investigation, law enforcement obtained hundreds of hours of video footage depicting the 793 DTO engaging in narcotics transactions. The footage captured: hundreds of narcotics transactions involving the defendants, primarily occurring in the areas of Avon and South 19th; frequent interactions between members of the 793 DTO, of which S. MITCHELL, and H. MITCHELL are members; a constant stream of buyers approaching the area for brief interactions; co-conspirators holding, passing, and counting drug proceeds amongst themselves, among other evidence.

8.      Based on the narcotics seized during the course of the investigation and the hundreds of transactions captured by law enforcement, the investigation revealed that the co-conspirators distributed more than 400 grams of fentanyl base during the conspiracy period.

## PHONE CONNECTIONS

9.      Many of the defendants provided their phone numbers to confidential informants and undercover law enforcement officers to facilitate future drug transactions. Using these telephone numbers and telephone numbers obtained from other sources, records show dozens of calls between many of the defendants during the conspiracy period. For example:

- Co-Conspirator-1 – from whom law enforcement engaged in controlled purchases of narcotics on multiple occasions during the investigation – and S. MITCHELL shared approximately 156 events from approximately July 14, 2021 to approximately July 19, 2022.
- Co-Conspirator-1 and H. MITCHELL shared approximately 60 events from approximately July 8, 2021 to approximately April 27, 2022.